## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| MARY MASON, et al., on behalf of themselves and all other similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>Defendant. | Case No. 3:17-cv-314<br><br>Judge Walter Herbert Rice<br>Magistrate Judge Michael J. Newman<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY, TO STAY THE PROCEEDINGS** |

This matter comes before this Court upon the Unopposed Motion For One-Day Extension Of Time For Defendant To File Its Reply Memorandum In Support Of Its Motion To Compel Arbitration And To Dismiss, Or Alternatively, To Stay The Proceedings.  For the reasons stated in the Motion, and for good cause shown, the Motion is GRANTED.  It is hereby ORDERED that Synchrony Bank's reply deadline is extended from December 14, 2017 until December 15, 2017.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DMS/10719454v.1